**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MARVIN VERNIS SMITH,
*Petitioner-Appellee,*

v.

RAUL LOPEZ, Warden,
*Respondent-Appellant.*

No. 12-55860

D.C. No.
8:11-cv-01076-ODW-MRW

ORDER

On Remand From The United States Supreme Court

Filed August 21, 2015

Before: Sidney R. Thomas, Chief Judge, Andrew D. Hurwitz, Circuit Judge, and Ralph R. Beistline,[*] Chief District Judge.

---

## ORDER

In accordance with the Opinion of the Supreme Court in *Lopez v. Smith*, 574 U.S. \_\_\_, 135 S. Ct. 1 (2014) (per curiam), the judgment of the district court granting Smith's petition for a writ of habeas corpus is **REVERSED**, and the matter is **REMANDED** for proceedings consistent with the Supreme Court's opinion.

---

[*] The Honorable Ralph R. Beistline, Chief District Judge for the U.S. District Court for the District of Alaska, sitting by designation.